1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  NICHOLAS FROST and KATHRYN          No.  2:17-CV-02428-TLN-DB
    FROST,
12
                 Plaintiffs,
13                                      **<u>ORDER</u>**
        v.
14
    WELLS FARGO BANK, N.A.,
15
                 Defendant.
16

17

18      Each of the parties in the above-captioned case has filed a

"Consent to Proceed Before a United States Magistrate." See 28
19
U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the
20
district court judge assigned to the case and the magistrate
21
judge must approve the reference to the magistrate judge.
22
        The undersigned has reviewed the file herein and recommends
23
that the above-captioned case be assigned and referred to the
24
magistrate judge for all further proceedings and entry of final
25
judgment.
26
        IT IS HEREBY ORDERED that the Clerk of the Court reassign
27
this case to the Honorable Deborah Barnes, Magistrate Judge.  The
28
                                  1

parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:17-cv-02428-DB. All currently scheduled dates presently set before Judge Nunley are hereby VACATED.

Dated: 3/21/2019

Troy L. Nunley
United States District Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:    March 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/frost2428.consent.ord